
IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT J. SLUDER,

    Plaintiff,

v.                         CASE NO. 4:18cv284-RH-MJF

JULIE JONES et al.,

    Defendants.

_____/

## ORDER DENYING A DEFAULT JUDGMENT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 24, and the responses, ECF No. 25. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The motion for default judgment, ECF No. 18, is denied.

SO ORDERED on June 12, 2019.

                                            s/Robert L. Hinkle
                                            United States District Judge