IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT J. SLUDER,

    Plaintiff,

v.                          CASE NO. 4:18cv284-RH-MJF

GERALD AMATUCCI et al.,

    Defendants.

_____/

## ORDER DENYING THE MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 155. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The defendant Dr. M. Rohana's motion to dismiss, ECF No. 68, is denied. The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on November 2, 2020.

                                         s/Robert L. Hinkle
                                         United States District Judge