IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT J. SLUDER,

    Plaintiff,

v.                          CASE NO. 4:18cv284-RH-MJF

GERALD AMATUCCI et al.,

    Defendants.

_____/

**ORDER DISMISSING THE CLAIMS AGAINST MR.
POYNTER AND MS. DAVIS BUT DENYING SUMMARY
JUDGMENT AS TO DRS. AMATUCCI AND ROHANA**

This case is before the court on the magistrate judge's two reports and recommendations, ECF Nos. 188 and 189. No objections have been filed. The reports and recommendations are correct and are adopted as the court's opinion.

IT IS ORDERED:

1. The reports and recommendations are accepted.

2. The claims against the defendant T. Poynter in his individual capacity are dismissed on the merits.

3. The claims against Mr. Poynter in his official capacity are dismissed as duplicative. *See Busby v. City of Orlando*, 931 F.2d 764, 776 (11th Cir. 1991) (approving the dismissal of official-capacity defendants whose presence was merely redundant to the naming of an institutional defendant).

4. The summary-judgment motion, ECF No. 139, is granted in part and denied in part. Summary judgment is granted in favor of the defendant Rhonda Davis but denied as to the defendants Gerald Amatucci and M. Rohana.

5. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

6. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on June 8, 2021.

s/Robert L. Hinkle
United States District Judge
